IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02171-MEH

PATRICIA K. CRISCITO, and
MICHAEL A. CRISCITO,

    Plaintiffs,

v.

MEMORIAL HEALTH SYSTEM FOUNDATION, a Colorado corporation doing business as Memorial Hospital Colorado Springs,
JASON TARNO, D.O.,
GEORGE REINHARDT, M.D.,
RYAN WESTFALL, D.O.,
STEVEN HUGHES, M.D., and
CARLOS CARDENAS, M.D.,

    Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 17, 2014.**

    Plaintiffs' Motion to Vacate Scheduling Conference [filed October 16, 2014; docket #8] is **granted**.  The Scheduling Conference currently set for October 21, 2014 at 9:45 is **vacated** and rescheduled for **December 8, 2014** at **10:15 a.m.**  All other aspects of the Court's August 8, 2014 order remain in effect.  (*See* docket #7.)