IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:  14 – cv – 02171 - MEH

**PATRICIA K. CRISCITO AND MICHAEL A. CRISCITO**

Plaintiffs,

v.

**MEMORIAL HEALTH SYSTEM FOUNDATION d/b/a MEMORIAL HOSPITAL COLORADO SPRINGS, a Colorado corporation; JASON TARNO, D.O.; GEORGE REINHARDT, M.D.; RYAN WESTFALL, D.O.; STEVEN HUGHES, M.D.; and CARLOS CARDENAS, M.D.**

Defendants.

___

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL**
___

Plaintiffs Patricia Criscito and Michael Criscito, through counsel, submit the following Notice of Voluntary Dismissal pursuant to F.R.C.P. 41(a)(1).

Plaintiffs hereby voluntarily dismiss their claims against all Defendants.  None of the defendants have been served or filed an answer or motion for summary judgment, nor entered an appearance.

Accordingly, Plaintiffs request that the Scheduling Conference set for January 22, 2015 be vacated.

Respectfully submitted this 12th day of January 2015.

                              **JEFFRESS LAW, PC**

By: *Signature of Christopher W. Jeffress is on file at the offices of Jeffress Law, PC*

Christopher W. Jeffress

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of January 2015 a true and correct copy of the foregoing was served via U.S. Mail, addressed to the following:

Patricia and Michael Criscito
2200 Laws Store Road
Hurdle Mills, NC  27541

*Signature of Amy K. Lavelle is on file at the offices of Jeffress Law, PC*

Amy K. Lavelle