IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

Civil Action No. 14-cv-02171-MEH

PATRICIA K. CRISCITO, and
MICHAEL A. CRISCITO,

      Plaintiffs,

v.

MEMORIAL HEALTH SYSTEM FOUNDATION, a Colorado corporation doing business as
Memorial Hospital Colorado Springs,
JASON TARNO, D.O.,
GEORGE REINHARDT, M.D.,
RYAN WESTFALL, D.O.,
STEVEN HUGHES, M.D., and
CARLOS CARDENAS, M.D.,

      Defendants.

---

### DISMISSAL OF CASE WITH PREJUDICE

---

      Before the Court is Plaintiff's Notice of Voluntary Dismissal [filed January 12, 2015; docket

#12]. The Court finds the Notice and terms of the dismissal proper. In accordance with Fed. R. Civ.

P. 41(a)(1)(A)(i), this case is **DISMISSED WITH PREJUDICE**, with each party to bear his, her

or its own fees and costs. The Clerk of the Court is directed to close this case.

      Dated and entered at Denver, Colorado this 12th day of January, 2015.

            BY THE COURT:

            Michael E. Hegarty

            Michael E. Hegarty
            United States Magistrate Judge